No. 75–6330. WORKMEN ET AL. *v.* DUKE POWER CO. ET AL. Affirmed on appeal from D. C. W. D. N. C. MR. JUSTICE BRENNAN took no part in the consideration or decision of this case.

No. 75–1118. BENSCHOTER *v.* FIRST NATIONAL BANK OF LAWRENCE ET AL. Appeal from Sup. Ct. Kan. dismissed for want of substantial federal question.

No. 75–1163. SHADE *v.* PUBLIC UTILITIES COMMISSION OF CALIFORNIA ET AL. Appeal from Sup. Ct. Cal. dismissed for want of jurisdiction. MR. JUSTICE BLACKMUN took no part in the consideration or decision of this appeal.

No. 75–1210. QUARLES, TRUSTEE *v.* GOODSON ET AL. Appeal from Ct. Civ. App. Tex., 14th Sup. Jud. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–1212. GOSTOUT *v.* HALE. Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–6159. MASTERSON *v.* OHIO. Appeal from Ct. App. Ohio, Mahoning County, dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 75–6323. JOHNSRUD *v.* MINNESOTA DEPARTMENT OF EMPLOYMENT SERVICES. Appeal from Sup. Ct. Minn. dismissed for want of substantial federal question.